# MEMORANDUM DECISIONS.

BADGER et al., Plaintiffs, v. SUTTON et al., Defendants. In re FLETCHER. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Theodore Badger and Willard Winslow against Charles T. Sutton and others. In the matter of the application of Austin B. Fletcher, receiver, etc. No opinion. Order resettled. See 53 N. Y. Supp. 1099.

BARROWS, Respondent, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Brainard W. Barrows against T. E. Ward & Co. and George E. Whitcomb. J. Rosenzweig, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

BAUMANN, Respondent, v. LOFTUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1898.) Action by Joseph J. Baumann against W. C. Loftus & Co. No opinion. Judgment and order affirmed, with costs.

BELL, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Douglas Bell, Jr., against Frank Seaman. No opinion. Order reversed, with $10 costs and disbursements, and motion granted changing the place of trial from Erie county to Westchester county, with $10 costs to abide the event.

In re BIRD. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) In the matter of the examination of Charles A. Bird, judgment debtor, in proceedings supplementary to execution, upon the application of Charles S. Whitney and Samuel A. Wheeler, judgment creditors. No opinion. Order reversed, and motion granted, without costs to either party. See Bank v. Quackenbush, 143 N. Y. 567, 38 N. E. 728. All concur, except WARD, J., not voting.

In re BOMMER. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) In the matter of the application of Ferdinand J. Bommer for admission to practice. No opinion. Application granted.

BOUGHTON et al., Appellants, v. O'CONNELL, Respondent. (City Court of New York, General Term. January 3, 1899.) Action by John W. Boughton and another against William O'Connell. Walter L. Thompson and R. McKinlay Power, for appellants. Howe & Hummel, for respondent.

OLCOTT, J. This is an appeal by plaintiffs from a judgment of the city court in favor of the defendant for the sum of $63.72, entered upon the verdict of a jury on the 18th day of May, 1898, and from an order denying plaintiff's motion for a new trial upon the judge's minutes, and upon all the grounds specified in section 999 of the Code of Civil Procedure. A careful examination of the record convinces us that the verdict of the jury was against the weight of the evidence, and that the motion to set aside the verdict and for a new trial was improperly denied. Our conclusion, which might otherwise not be strong enough to permit us to annul the finding of the jury, is amply strengthened by a perusal of the defendant's letter of October 16, 1897, which was introduced in evidence. Following the terms of relief granted in the case of Pierce v. Railway Co., 21 App. Div. 427, 47 N. Y. Supp. 540, the order denying the motion for a new trial will be reversed, and a new trial granted, upon condition that the plaintiffs pay the bill of costs and disbursements of the former trial to the defendant within 10 days; the appellant to have costs of this appeal, to abide the event of the action. O'DWYER, J., concurs.

BREEN et al., Respondents, v. LENNON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Cornelius M. Breen and others against William F. Lennon, the Alberene Stone Company, and others. Edward J. McGuire, for appellants. Jacob H. Shaffer, for respondent C. M. Breen. Samuel Keeler, for L. Lagerstedt and others. No opinion. Judgment affirmed.

BREWSTER, Appellant, v. CITY OF HORNELLSVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Harry L. Brewster against the city of Hornellsville. No opinion. Order of the 28th March, 1898, set aside, without costs to either party. See 54 N. Y. Supp. 904, 915.

BROWN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Jasper J. Brown, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs.

CAHILL, Respondent, v. MAIN, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Dennis Cahill against John Main. No opinion. Judgment and order affirmed, with costs.

CHADWICK, Appellant, v. ZAISS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Nathaniel S. Chadwick against Eugene Zaiss and others. No opinion. Motion granted, with $10 costs.